Michelle LaPena (SBN 201018)
Robert A. Rosette (SBN 224437)
Lucas T. Christian (SBN 320014)
Simon W. Gertler (SBN 326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
borderwalllitigation@rosettelaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUEÑO MISSION INDIANS OF THE LA POSTA RESERVATION ON BEHALF OF ITSELF AND ON BEHALF OF ITS MEMBERS AS PARENS PATRIAE<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY; MARK T. ESPER, U.S. SECRETARY OF DEFENSE, IN HIS OFFICIAL CAPACITY; CHAD F. WOLF, ACTING U.S. SECRETARY OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; AND LIEUTENANT GENERAL TODD T. SEMONITE, COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, IN HIS OFFICIAL CAPACITY,<br>Defendants | Case No.: 3:20-cv-01552-AJB-MSB<br><br>**NOTICE OF RELATED CASES**<br><br>**Hearing date:**<br>**Time:**<br>**Judge:** |

## NOTICE OF RELATED CASE

Plaintiffs file this notice of related case pursuant to Civil Rule 40.1(f). This case is related to *Center for Biological Diversity v. U.S. Dept. Of Homeland Security*, Case No. 3:17-cv-01215-GPC-WVG, which was filed in this District on June 15, 2017; second amended complaint filed on September 9, 2017. The matter was consolidated with two other related cases: *Defenders of Wildlife v. Duke*, Case No. 17-cv-01873-GPC-WVG (S.D. Cal. filed September 14, 2017) and *The People of the State of California v. United States of America*, Case No. 17-cv-01911-GPC-WVG (S.D. Cal filed September 20, 2017) (consolidated cases called "*In Re: Border Infrastructure Environmental Litigation*"). In *In Re: Border Infrastructure Environmental Litigation*, the plaintiffs alleged harm associated with construction of a U.S.-Mexico border wall near San Diego, California. The case alleged violations of section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as amended ("IIRIRA"), the U.S. Constitution, the Administrative Procedures Act, and various environmental laws. *In Re: Border Infrastructure Environmental Litigation* was assigned to Judge Gonzalo P. Curiel.

The current case involves the same defendants and many of the same questions of law, e.g., violations of IIRIRA, the U.S. Constitution, and the Administrative Procedures Act arising from Defendants' actions related to the U.S.-Mexico border wall. Given Judge Curiel's familiarity with the claims concerning the Defendnats' border wall activities from his presiding over *In Re: Border Infrastructure Environmental Litigation*,

plaintiffs believe that assignment to Judge Curiel would conserve judicial resources and provide other economies.

DATED: August 12, 2020

Respectfully submitted.

*/s/ Michelle LaPena*

Michelle LaPena (SBN 201018)
Robert A. Rosette (SBN 224437)
Simon W. Gertler (SBN 326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085