

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| La Posta Band of Diegueno Mission Indians of the La Posta Reservation On behalf of itself and on behalf of its members as parens patriae **Plaintiff,** V. Donald J. Trump, President of the United States, in his official capacity; et al **Defendant.** | **FILED** 8/14/2020 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: J. Mueller, Deputy

Civil No. 20-cv-01552-AJB-MSB |

## STRICKEN DOCUMENT:
NOTICE of Errata

**Per Order #    7**

5