Michelle LaPena (SBN 201018)
Robert A. Rosette (SBN 224437)
Simon W. Gertler (SBN 326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
borderwalllitigation@rosettelaw.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUEÑO MISSION INDIANS OF THE LA POSTA RESERVATION, ON BEHALF OF ITSELF AND ON BEHALF OF ITS MEMBERS AS *PARENS PATRIAE*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY; MARK T. ESPER, U.S. SECRETARY OF DEFENSE, IN HIS OFFICIAL CAPACITY; CHAD F. WOLF, ACTING U.S. SECRETARY OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; AND LIEUTENANT GENERAL TODD T. SEMONITE, COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 3:20-cv-01552-AJB-MSB<br><br>**NOTICE OF WITHDRAWAL OF EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff La Posta Band of Diegueño Mission Indians of the La Posta Reservation, respectfully submits this Notice of Withdrawal of its Emergency Ex Parte Application for Temporary Restraining Order filed on August 13, 2020, and attachments set forth below:

1) Memorandum of Points and Authorities in Support of Temporary Restraining Order and Preliminary Injunction;

2) Request for Judicial Notice and Exhibits;

3) Declaration of Michelle LaPena in Support of Emergency Ex Parte Application for Temporary Restraining Order;

4) Declaration of Cynthia Parada in Support of Emergency Ex Parte Application for Temporary Restraining Order;

4) Declaration of Gwendolyn Parada in Support of Emergency Ex Parte Application for Temporary Restraining Order;

4) Declaration of Javier Mercado in Support of Emergency Ex Parte Application for Temporary Restraining Order;

4) Declaration of Stephan Rochester in Support of Emergency Ex Parte Application for Temporary Restraining Order;

4) Declaration of Tom Holm in Support of Emergency Ex Parte Application for Temporary Restraining Order;

5) Certificate of Service

We are resubmitting new documents that resolve the error of a missing signature on the Memorandum of Points and Authorities in Support of Temporary Restraining Order and Preliminary Injunction. The Memorandum was inadvertently filed without an attorney signature.

Respectfully submitted August 14, 2020.

*Michelle LaPena*
Michelle LaPena (SBN 201018)

Robert A. Rosette (SBN 224437)
Simon W. Gertler (SBN 326613)
1415 L Street., Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
borderwalllitigation@rosettelaw.com

NOTICE OF WITHDRAWAL of Emergency application for temporary restraining order
ii    Case No.: 3:20-cv-01552-AJB-MSB