1  Michelle LaPena (SBN 201018)
2  Robert A. Rosette (SBN 224437)
   Simon W. Gertler (SBN 326613)
3  ROSETTE, LLP
   1415 L Street, Suite 450
4  Sacramento, CA 95814
   Telephone: (916) 353-1084
5  Facsimile: (916) 353-1085
   borderwalllitigation@rosettelaw.com

6

7                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9  LA POSTA BAND OF DIEGUEÑO MISSION INDIANS OF THE LA POSTA RESERVATION ON BEHALF OF ITSELF AND ON BEHALF OF ITS MEMBERS AS *PARENS PATRIAE*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY; MARK T. ESPER, U.S. SECRETARY OF DEFENSE, IN HIS OFFICIAL CAPACITY; CHAD F. WOLF, ACTING U.S. SECRETARY OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; AND LIEUTENANT GENERAL TODD T. SEMONITE, COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 3:20-cv-01552-AJB-MSB<br><br>**EX PARTE APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS OF AUTHORITIES; AND DECLARATIONS IN SUPPORT**<br><br>**Hearing on Application for Temporary Restraining Order**<br>Date: August 27, 2020<br>Time: 2:00 p.m.<br>Location: Courtroom 4A (4th Floor)<br>Judge: Anthony J. Battaglia<br><br>**Hearing on Motion for Preliminary Injunction**<br>Date: September 17, 2020<br>Time: 2:00 p.m.<br>Location: Courtroom 4A (4th Floor)<br>Judge: Anthony J. Battaglia |

1

EX PARTE APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION
CASE NO.: 3:20-CV-01552-AJB-MSB

Plaintiff La Posta Band of Diegueño Mission Indians ("La Posta") on behalf of itself and its members as *Parens Patriae,* submits this application for an emergency temporary restraining order (TRO) and motion for preliminary injunction. The supporting declarations, request for judicial notice, and memorandum of points and authorities are identical to those filed in support of La Posta's Emergency Ex Parte Application for Temporary Restraining Order, filed August 13, 2020 and subsequently withdrawn, with the exception of the Memorandum of Points and Authorities in support, which is amended by adding counsel's signature, and the caption pages, which are amended to reflect the revised filing title and hearing information.

La Posta seeks an emergency TRO prohibiting Defendants Donald J. Trump in his official capacity as president of the united states; Mark T. Esper, in his official capacity as Acting Secretary of Defense; Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security; and Todd T. Semonite, in his official capacity as Commanding General of the U.S. Army Corps of Engineers, from construction of a border wall ("Project") in San Diego and Imperial Counties ("Project Area") until this Court decides La Posta's motion for a preliminary injunction.

La Posta seeks a preliminary injunction that requires the Defendants to immediately cease all construction activity on the Project until the Defendants (i) adequately consult with La Posta regarding cultural items, sacred sites, and historical sites which may be adversely impacted by the Project; (ii) take appropriate, respectful measures to mitigate the adverse impacts, including (a) tribal monitoring (with authority to stop work), (b) modification of proposed border security measures, (c) catalogue and repatriation of cultural items within the Project Area, and (d) a cultural survey of the Project Area that allows for registration of all sites eligible for listing on an appropriate registry; and iii) permit access to Kumeyaay sacred sites, as identified by La Posta.

A TRO is required because the Defendants are currently destroying sites of great religious, historic, and cultural significance to the La Posta. A TRO is necessary to prevent

2

EX PARTE APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION
CASE NO.: 3:20-CV-01552-AJB-MSB

additional irreparable harm to the La Posta prior to this Court having an opportunity to make a decision on the Tribe's motion for a preliminary injunction. A preliminary injunction is similarly required to avoid irreparable harm prior the Court deciding the merits of this case.

This TRO and preliminary injunction are supported by the Memorandum of Points and Authorities, request for judicial notice, and declarations appended hereto, and any other written or oral evidence or argument that may be presented at or before the time this motion is heard by the Court.

RESPECTFULLY SUBMITTED this 14th day of August 2020.

*Michelle LaPena*

Michelle LaPena (SBN 201018)
Robert A. Rosette (SBN 224437)
Simon W. Gertler (SBN 326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
borderwalllitigation@rosettelaw.com

3

EX PARTE APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION
CASE NO.: 3:20-CV-01552-AJB-MSB