Michelle LaPena (SBN 201018)
Robert A. Rosette (SBN 224437)
Simon W. Gertler (SBN 326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
borderwalllitigation@rosettelaw.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUEÑO MISSION INDIANS OF THE LA POSTA RESERVATION ON BEHALF OF ITSELF AND ON BEHALF OF ITS MEMBERS AS *PARENS PATRIAE,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY; MARK T. ESPER, U.S. SECRETARY OF DEFENSE, IN HIS OFFICIAL CAPACITY; CHAD F. WOLF, ACTING U.S. SECRETARY OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; AND LIEUTENANT GENERAL TODD T. SEMONITE, COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 20CV1552 AJB MSB<br><br><br>**DECLARATION OF MICHELLE LAPENA IN SUPPORT OF EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

1

I, Michelle LaPena, declare as follows:

1.  The information contained in this declaration is based upon my personal knowledge, and I am competent to testify to the contents herein in any proceeding.

2.  I am counsel of record for the La Posta Band of Mission Indians. I have been admitted to practice before this Court.

3.  On the afternoon of August 12, 2020, I contacted the U.S. Attorney's Office, Southern District of California, and spoke with Katie Parker, the District's General Counsel. She stated that the matter had not yet been assigned but might be assigned to the Washington D.C. Branch. She stated that she would work on that assignment and provide me with the contact information for the attorney assigned to the case as soon as possible.

4.  Later that evening, she returned my call and told me that Mr. Andrew Warden was assigned to the case and she offered to send me his contact information, which I thankfully accepted.

5.  I immediately sent an email to Mr. Warden informing him of our intent to file a motion for temporary restraining orders and to meet and confer with him. Mr. Warden responded to my email stating that he was available to speak the next morning. The email is attached hereto as Exh. 1

6.  On the morning August 13, 2020, I received a phone call from Mr. Warden, and we discussed the possibility of settlement of the case and the possibility of the Government parties agreeing to stop construction of the border wall in order to allow for time for formal government-to-government consultation regarding tribal cultural site protection and the treatment of possible human remains. He stated that he would confer with his clients and get back to me as soon as possible.

7.  Just before 1:00 Pacific time, I received an email from Mr. Warden stating that

2

DECLARATION OF MICHELLE LAPENA IN SUPPORT OF EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

his clients did not agree to temporarily stop construction and outlined a course for consolidated briefing rather than bifurcate TRO and PI briefing into separate stages. He further asked to file their opposition on August 27, 2020. The email is attached hereto as Exh. 2.

8. Based upon my knowledge and belief, the construction that the Plaintiff seeks to enjoin to prevent significant impacts to tribal cultural resources could be substantially complete by August 27, 2020, the date that Defendant agreed to file its opposing brief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2020.

*Michelle LaPena*

Michelle LaPena

DECLARATION OF MICHELLE LAPENA IN SUPPORT OF EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

Case No. 20CV1552 AJB MSB

EXHIBIT LIST TO MICHELLE LAPENA'S DECLARATION ISO EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

| Exhibit No. | Description | Page No. |
|---|---|---|
| 1 | True and correct email correspondence between Michelle LaPena and Andrew Warden, U.S. Dept. of Justice re: TRO | 6 |
| 2 | True and correct email correspondence between Michelle LaPena and Andrew Warden, U.S. Dept. of Justice re: stopping construction at the border | 9 |

# EXHIBIT 1

**From:** Warden, Andrew (CIV) [mailto:Andrew.Warden@usdoj.gov]

**Sent:** Wednesday, August 12, 2020 7:40 PM

**To:** Michelle LaPena <mlapena@rosettelaw.com>

**Cc:** Conly Schulte <cschulte@rosettelaw.com>; Simon Gertler <sgertler@rosettelaw.com>

**Subject:** RE: La Posta v. Trump et al., S.D. Cal.

Michelle:

Thanks for touching base. Yes, 10am Eastern works for me. Please let me know the best number to reach you.

Thanks,
Andrew
Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

**From:** Michelle LaPena <mlapena@rosettelaw.com>

**Sent:** Wednesday, August 12, 2020 10:15 PM

**To:** Warden, Andrew (CIV) <AWarden@CIV.USDOJ.GOV>

**Cc:** Conly Schulte <cschulte@rosettelaw.com>; Simon Gertler <sgertler@rosettelaw.com>

**Subject:** FW: La Posta v. Trump et al., S.D. Cal.

Mr. Warden,

As you know, this firm represents the LaPosta Band of Mission Indians in the above referenced matter. We plan to file a motion for temporary restraining order tomorrow and would like to meet and confer with you prior to filing. Are you available for a call at 10 am eastern time tomorrow morning? If that time does not work for you, please let me know a better time and I will give you a call. Thank you.

Respectfully,

Michelle LaPena

Rosette, LLP- Attorneys at Law

1415 L Street, Suite 450

Sacramento, CA 95814

P 916 353-1084

F 916 353-1085

C 916 204-5724

mlapena@rosettelaw.com

www.rosettelaw.com

NOTICE: This e-mail is from a law firm and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to me in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

**From:** Parker, Katherine (USACAS) [mailto:Katherine.Parker@usdoj.gov]

**Sent:** Wednesday, August 12, 2020 5:53 PM

**To:** Michelle LaPena <mlapena@rosettelaw.com>

**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>

**Subject:** La Posta v. Trump et al., S.D. Cal.

Michelle,

Your contact for the case just filed in San Diego will be Andrew Warden with DOJ. Here is all of his contact information, and I've copied him:

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084
Email: Andrew.Warden@usdoj.gov

Thanks,

Katie Parker
Chief, Civil Division
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
619-546-7634
Katherine.parker@usdoj.gov

# EXHIBIT 2

| From: | Warden, Andrew (CIV) |
|---|---|
| To: | Michelle LaPena |
| Cc: | Conly Schulte; Simon Gertler |
| Subject: | RE: La Posta v. Trump et al., S.D. Cal. |
| Date: | Thursday, August 13, 2020 12:49:16 PM |

Michelle:

Thanks for taking the time to speak with me today. I was able to have an initial consultation with folks at DHS and DoD about your request for relief. The agencies are not in a position to stop ongoing construction, but officials from DoD and DHS are willing to continue to confer with representatives of the LaPosta Band in an effort to try to reach an agreement on mitigation measures that would accommodate their concerns.

Recognizing that you are likely to proceed with filing your motion, I think the most efficient way forward for the parties and the court would be to have a single round of briefing rather than bifurcate TRO and PI briefing into separate stages. If you file your motion today, we would request filing an opposition on August 27, and then you may file a reply at a time convenient for you. Please let me know if this schedule is acceptable.

Best,

Andrew

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

**From:** Michelle LaPena <mlapena@rosettelaw.com>
**Sent:** Thursday, August 13, 2020 11:50 AM
**To:** Warden, Andrew (CIV) <AWarden@CIV.USDOJ.GOV>
**Cc:** Conly Schulte <cschulte@rosettelaw.com>; Simon Gertler <sgertler@rosettelaw.com>
**Subject:** RE: La Posta v. Trump et al., S.D. Cal.

Andrew,

Please see the draft Proposed Orders that we referenced on our call this morning. We look forward to hearing back from you today.

Respectfullly,

Michelle LaPena

Rosette, LLP- Attorneys at Law

1415 L Street, Suite 450

Sacramento, CA 95814

P 916 353-1084

F 916 353-1085

C 916 204-5724

mlapena@rosettelaw.com

www.rosettelaw.com

NOTICE: This e-mail is from a law firm and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to me in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.