Michelle LaPena (SBN 201018)
Robert A. Rosette (SBN 224437)
Simon W. Gertler (SBN 326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
borderwalllitigation@rosettelaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUEÑO MISSION INDIANS OF THE LA POSTA RESERVATION, ON BEHALF OF ITSELF AND ON BEHALF OF ITS MEMBERS AS *PARENS PATRIAE*,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY; MARK T. ESPER, U.S. SECRETARY OF DEFENSE, IN HIS OFFICIAL CAPACITY; CHAD F. WOLF, ACTING U.S. SECRETARY OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; AND LIEUTENANT GENERAL TODD T. SEMONITE, COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Case No.:<br><br>**DECLARATION OF CYNTHIA PARADA IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

**DECLARATION OF CYNTHIA PARADA IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Cynthia Parada, declare as follows:

1. My name, office address, telephone and facsimile numbers, and email address are as follows:

Cynthia Parada
8 Crestwood Rd.
Boulevard, CA 91905
Phone: (619) 478-2113
Facsimile: (619) 478-2125
Email: cparada@lapostatle.org

2. I was raised on the La Posta Indian Reservation and have spent my entire life there. I am 28 years old. I consider myself a modern traditional Kumeyaay person, being raised on the Reservation and having been exposed to, and participating in, traditional Kumeyaay traditions since my early childhood. In 2016, I was appalled when the burial sites of Kumeyaay ancestors were being desecrated by the United States in order to construct the new SEAL training center at Naval Base Coronado. I became more involved with the preservation and protection of cultural and historic sacred places of the La Posta Band of Mission Indians. As member of the La Posta Tribal Council, I am responsible for the protection and preservation of sacred lands in all aboriginal areas of the Tribe.

3. The La Posta Reservation spans 3,556.49 acres and is located in the Laguna Mountains, 56 miles east of San Diego and 46 miles west of El Centro. Located just west of the Manzanita and Campo Indian Reservations, the reservation is bordered on the southwest corner by Interstate 8. The reservation was established on February 10, 1893, under the authority of the Act of January 12, 1891.

4. The residents of La Posta Reservation are members of the larger Kumeyaay Nation. The group's language belongs to the Yuman branch of the greater Hokan

linguistic family. The Kumeyaays' traditional territory encompassed what is now San Diego County, as well as parts of Imperial County, Riverside County and Northern Mexico. The La Posta Reservation is governed by a General Council composed of all Tribal Citizens. Elected council members include a chairperson, a vice-chairperson, and a business manager. Elected members serve two-year terms, and the general council meets twice a year. The band is organized under an IRA constitution that was approved on March 5, 1973.

5. The La Posta Reservation is governed by a General Council composed of all Tribal Citizens. Elected council members include a chairperson, a vice-chairperson, and a business manager. Elected members serve two-year terms, and the general council meets twice a year. The band is organized under an IRA constitution that was approved on March 5, 1973.

6. I have served off-and-on, as an elected member of the Tribal Council since I was 18 years old. In the past, our Tribe has provided tribal cultural site monitoring on proposed projects, and as a result, I have been trained to serve as a tribal monitor. The training that I have received is similar to what an archaeologist might learn in the field. As a trained tribal cultural monitor, it is my duty to ensure that tribal cultural places, features, objects, and Native American human remains are carefully identified if they are present at a construction site; and we help develop a plan for either avoiding the area, or help find culturally appropriate treatment strategies when the area cannot be avoided. As a tribal cultural site monitor, I prepare myself by talking to those tribal people knowledgeable about our ancestral cultural and burial sites, because they are not always written down or identified on maps. Over time, I have learned to look for certain markers in the surrounding environment that are indicators of prior tribal use, such as the presence of certain rock formations, plants and historic water sources.

7. I am a Kumeyaay cultural and religious practitioner. The only way to fully

understand Kumeyaay spiritual and religious practices is to experience them. Traditionally, these practices are kept by oral tradition and are discussed among Kurneyaay people in spiritual settings. This is the primary way to understand the meaning of these spiritual practices. Our traditional ways and religious world views are often dismissed in the dominant culture because they are passed through oral tradition, rather than kept in writing, and because they are tied to the land, as opposed to man-made buildings such as a churches, mosques or synagogues. However, our cultural and religious beliefs are no different than those of Christianity, Judaism, or Islam, in that they come from a creation story that has been passed down over millennia. I have practiced Kumeyaay spiritual and ceremonial practices and been around Kumeyaay cultural practices and knowledge as a young child and for the entirety of my life.

8. Because ours is an oral tradition, there is more than one version of Kumeyaay creation stories, but a common version that I was taught holds that in the beginning of our world, there was a great power, which was the only energy in the world and gave of itself to create everything. The creation story is a very long story, which details the creation of the Earth, the heavens, water, the stars, and the moon. Humans were created at the very end. The original peoples were created last and were intended to be made very well. This is a central belief in other major world religions, that the world was created by a power, such as the Bible book in Genesis- that the earth and its waters came before human beings.

9. The Kumeyaay creation story instructs not only about the creation of all things, but it also provides very specific instruction regarding burial practices. The creation story tells of the very first funeral, how the body is prepared for cremation or burial, what kind of wood is required, and the timeframe for treating the body. There are also very specific instructions on the songs that must be sung for the dead, when the songs are sung, and the order of those songs. One aspect of those important burial rules is that

DECLARATION OF CYNTHIA PARADA IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

all parts of one's body should remain together after death, which is consistent with other organizes religions, including Catholicism.

10. The creation story features many geographic landmarks within the traditional Kumeyaay territory that Kumeyaay people hold sacred today. These places include, among others, Tecate Peak, Jacumba Hot Springs, and Table Mountain. The Kumeyaay people hold ceremonies and gatherings at these places, and without access to these places the Kumeyaay people would not be able to practice their religion.

11. We, the Kumeyaay, including the La Posta Band of Mission Indians were created and migrated across the Kumeyaay landscape, similar to the birds. That is why our Bird Dances our so important, because it is a recreation of our journey from creation to today. It is a telling of our ancient stories through song, which is part of our oral tradition. Kumeyaay people dance Bird Dances on both sides of what is now the border between the United States and Mexico. During this time of border wall construction, Bird Dancing has been taking place on both sides of the border by Kumeyaay people. The border cut our Nation in half, but our tribal ties continue on both sides.

12. Since the border wall construction began, Kumeyaay people have danced on both sides of the wall together. The first time this occurred, on or about July 17, 2020, our ceremony was disrupted by the Border Patrol and we were forced to leave. We were threatened with trespass if we did not leave. Elders were crying and there was a great sense of fear and anger that the Border Patrol and Army Corps of Engineers would continue to desecrate our sacred sites despite our pleas for them to stop and consult with us to avoid and/or protect the sites. The second time a ceremony occurred on both sides of the wall site was on July 24, 2020. The Border Patrol interrupted the ceremony again and began to operate heavy machinery despite the presence of dozens of Kumeyaay traditionalists. We told them that we were in ceremony and engaging in prayer, but they began to work on the wall construction in our presence anyway. This incident was extremely disturbing.

13. In the Kumeyaay language, there are many place names and village sites along the location of the proposed border fence and wall. Within the construction area of potential effect, are several village sites that have been documented by ethnographers. I believe they will testify to their knowledge about these place names. I am also aware of an important site called Jacumba, which contains known burial sites. There are also burial sites in the area called Camp Locket. The lack of tribal consultation for this project has left these sites subject to additional destruction with no mitigation or culturally-appropriate treatment.

14. The Kumeyaay religion is characterized by our unique Kumeyaay worldview and several essential ceremonies. Examples of some of our ceremonies are:

   i. Eagle Dance- Although it has not taken place in a long time, due to the missionization of Kumeyaay people and the theft of our homelands by non-Indians, the Eagle Dance was an important ceremony where healing took place.
   ii. Vision quest - a ceremony where we fast and pray for a vision in a solitary location;
   iii. Bird Dance - an annual ceremony of renewal and rebirth where we gather and dance, and pray, for the welfare of our relatives.
   iv. Burial wake - a most important ceremony that includes food, songs, and dancing when a deceased person is being prepared for burial or cremation.
   v. Effigy Ceremony - a ceremony that is held one year after a loved one has passed away, which signifies the end of a mourning period. This ceremony is continued today.

We cannot practice our religion without our ceremonies.

15. Even though for hundreds of years, the United States has acted to suppress and destroy our religion by outlawing our religious and spiritual practices and forcing assimilation on us and destroying our sacred sites, today our Kumeyaay culture and our

sacred rites and our spiritual beliefs and religion are strong among our old people and young people alike. As we become more self-sufficient as tribal nations, we have the ability to enhance our cultural practices, practice cultural preservation, and language restoration. We are reversing generations of religious suppression; however, our practices continue to be threatened by the destruction of our ancestral burial sites and sacred places. If these sites are further destroyed, our children will never be able to learn about these places as they will be destroyed as we know them.

16.  I have been at the border wall construction area and I have seen evidence of what I believe are burials being impacted by heavy equipment. I am trained to identify "midden soils" which are an indicator of human burials. There is no current way for tribal monitors to stop construction to help identify or remove ancestral remains from the path of heavy equipment. The Army Corps and the Border Patrol do not inform us *before* heavy equipment is used to move earth. We can only stand and watch our ancestral village sites and burial sites be destroyed and we can do nothing. If we were given an opportunity to clear the path of such places, we could help the project be redesigned, or at a minimum, we could help move human remains from the path of the equipment and treat them in a manner that is consistent with our religious beliefs. The fact that this project is able to move forward in this way violates our cultural rules and religious practices.

17.  The Burial Wake is our most practiced religious rite today, unfortunately it occurs when a Kumeyaay person passes away. However, our Burial Wake is an integral part of our cultural identity. The ancestors who are buried along the path of the construction in the APE were originally provided traditional ceremonies, but their exhumation and/or destruction without having the dignity of respectful handling, singing, smudging, repatriation, and reburial, is a violation of our cultural and religious beliefs and human dignity which should be afforded to all people.

18. On August 10, 2020, Kumeyaay people attempted to visit the border wall site to pray, as they have done on several occasions, some with Border Patrol interference. On this morning, the entrance to the border wall section that we have prayed at was blocked with cars and tractors. The people were told that they would not be allowed access the area and that they would be arrested and charged with a felony if they tried to enter the area. They called me to ask what they should do and I told them that they should leave so that they were not arrested.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated:   August 6, 2020

*Cynthia Parada*