Michelle LaPena (SBN 201018)
Robert A. Rosette (SBN 224437)
Simon W. Gertler (SBN 326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
borderwalllitigation@rosettelaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUEÑO MISSION INDIANS OF THE LA POSTA RESERVATION, ON BEHALF OF ITSELF AND ON BEHALF OF ITS MEMBERS AS *PARENS PATRIAE,*<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY; MARK T. ESPER, U.S. SECRETARY OF DEFENSE, IN HIS OFFICIAL CAPACITY; CHAD F. WOLF, ACTING U.S. SECRETARY OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; AND LIEUTENANT GENERAL TODD T. SEMONITE, COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 3:20-cv-01552-AJB-MSB<br><br>**DECLARATION OF THOMAS HOLM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1   CASE NO.: 3:20-cv-01552-AJB-MSB

DECLARATION OF THOMAS A. HOLM IN SUPPORT OF MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

# DECLARATION OF THOMAS A. HOLM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Thomas A. Holm, declare as follows:

The information contained in this declaration is based upon my personal knowledge, and I am competent to testify to the contents herein in any proceeding. My name, office address, telephone number, and email address are as follows:

Thomas Adam Holm
Kumeyaay Heritage Preservation Council
5663 Balboa Ave., suite 610
San Diego, CA 92111
Phone: (619) 392-8623
Email: tomholm@khpc.net

1. I am the executive director of KHPC, the Kumeyaay Heritage Preservation Council or KHPC, formerly called the Kumeyaay Heritage Preservation Committee. I have served in that capacity since January 2020, before taking that position I was with an environmental group called Eco-Trak for about twenty-five years. That group's focus was to protect cultural and natural resources.

2. I have a Master's degree in Marine Biodiversity and Conservation from the Scripps Institution of Oceanography at UCSD. Further, I completed most of the coursework in a Ph.D. program within UCSD's Department of Anthropology. Most of my research focused on the Marine Archaeology of Southern California, however, I was also the Lead Safety Diver during the Scripps Center for Marine Archaeology's inaugural expedition to Greece. I taught Marine Archaeology and Conservation at University of California, San Marcos, through that university's Department of Anthropology.

3. As executive director of KHPC, my responsibilities include increasing the conservation of Kumeyaay cultural sites and resources and promoting the cultural interests of current Kumeyaay communities. This includes outreach to local universities, museums, municipalities, governments, the US Navy, and other federal and state agencies for the management of cultural resources. I also do outreach to Universities to nurture programs that provide paths enabling Kumeyaay students to complete undergraduate and graduate degree programs.

4. I became involved with the Kumeyaay people after I wrote a book about the ancient mariners of southern California based on the book *Island of the Blue Dolphins*, a fictionalized novel by Scott O'Dell. This tale about a young woman left on a remote island for 18 years inspired me to research the true story of her and her displaced island-dwelling people. My book is called *Shrouded Heritage – Island of the Blue Dolphins*. Through my research, I suspected archaeologists have made inaccurate claims about the ancient islanders and costal mainlanders of Southern California and their descendants. This research triggered a multi-year investigation by the U.S. Navy, which "owns" San Nicolas Island- the real "Island of the Blue Dolphins." The Navy's finding supported my claims, which led to the repatriation of over 1,000 sacred items, including over 500 human remains, to San Nicolas Island. Further, it provided data that enabled the advancement of preservation and repatriation policies, which are now enabling the repatriation of thousands of artifacts and human remains to Indigenous Peoples throughout California. My achievements were recognized by members of KHPC who placed me in my current position.

5. In my capacity as Executive Director of KHPC, I was asked to review past surveys done in the area affected by the border wall and to physically inspect the work sites. During that time, I became aware that surveys relating to the site were outdated and insufficient. In an initial survey, cultural sites were indeed identified along the border wall's path, including some containing human remains. In a subsequent inspection done

3            CASE NO.: 3:20-cv-01552-AJB-MSB

DECLARATION OF THOMAS A. HOLM IN SUPPORT OF MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

1  in 2017, however, "little if any surface material remained," which was the premise to
2  authorize "pre-construction," construction, and destruction along the path of the wall.  The
3  latter survey, which was meant to inspect fourteen miles of area, was surveyed by only two
4  men (Eric Cox and John Marshall) over a five-day period (Oct. 9 – 13, 2017).  Such a
5  "survey" is grossly inadequate, especially so because several reports, which were wrongly
6  excluded from this study, documented numerous cultural sites and areas containing human
7  remains.  Further adding to the ineptness of this "survey" was that only the 14 linear miles
8  of fence line were examined.  It did not include the wall's frontage road, numerous miles
9  of access roads, expansive yards used for storage, porta-potties, temporary buildings, or
10 other adversely-affected areas which likely included ancient cultural sites.  As a result of
11 this incompetence, Kumeyaay burial sites and other cultural resources have been, and will
12 continue to be desecrated and destroyed by the construction of the border wall.

13      6.    My first visit to the border wall site was on July 1, 2020.  A group of
14 Kumeyaay and others met with the U.S. Army Corps of Engineers and U.S. Customs and
15 Border Protection Agents on a public road about ¼ mile from the border wall site.  This
16 region is part of the Kumeyaay ancestral homelands.  My first observation on site was that
17 there was only one monitor employed for an area that encompassed a 14-mile linear stretch
18 plus about 20 additional miles of access roads, and yards that were not even included in
19 the survey.  When I saw the 8-foot deep by 2-foot wide trench that was being cut to support
20 the wall, I calculated that roughly 1.2 million cubic feet of soil, that was being ground up
21 into a fine powder, would be displaced.    This process destroys all evidence of burials,
22 habitation, or cultural activities. In most cases, those soils were being displaced without
23 proper examination and were dumped onto other areas that were likely Kumeyaay cultural
24 sites, thereby destroying two sites with one action.

25      7.    The access road to the Border Wall was locked and guarded by about 6 armed
26 CBP Agents, and reportedly other armed military personnel.

27      8.    Kumeyaay leaders asked peacefully if they could visit the wall area to pray
28

4        CASE NO.: 3:20-cv-01552-AJB-MSB

DECLARATION OF THOMAS A. HOLM IN SUPPORT OF MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

for their ancestors, who they feel are buried at that site. After about an hour of negotiations, which Army Corp of Engineer representative Mr. Daryl Williams forbade film crews from documenting, a group of people, including myself, were approved to visit the site.

9. While the group marched to the Border Wall, I noticed loose material on the surface that had already been, and continued to be, trampled and moved by intense foot traffic. When I looked at the material, I noticed it was porous, as well as being tan, brown, and black in color. The material was about 6 inches long. Because it had already been moved by foot traffic, there was no way to mark its place of origin.

10. I do not have formal training in the identification of bone, so I carefully and respectfully took the material to a woman who was identified as a cultural resource monitor for the La Posta Kumeyaay. She could not positively identify the material, but said it appeared to be bone. I also showed the material to La Posta Tribal Councilwoman Cynthia Prada, who commented that the material was indeed bone. I asked her, and Kumeyaay Tribal leaders in attendance, what I should do with the material. Each told me to bury it near the place that I had found it.

11. During a discussion on the way back to our vehicles, which included Mr. Williams, a few protestors, and Manzanita Tribal Chairwoman Angela Elliott-Santos, Mr. Williams became incensed over trash left in the bed of his work truck, and loudly stated that he was going to do what he could to shut down future access to the Kumeyaay, proclaiming, "you will never be allowed back on my project site."

12. A few days later during a conference call, Customs and Border Protection Officer Enriquez said Mr. Williams and his colleagues had identified the material I found at the site as "PVC piping" – not bone.

13. On July 31, 2020, I accompanied renowned Forensic Anthropologist Dr. Madeleine Hinkes to the same site. About 10 yards from where I found the original material, similar material was found and identified by Dr. Hinkes as "likely human" cremated bone. (Specifically, a hand or foot bone.) Numerous flaked stones and grinding

5   CASE NO.: 3:20-cv-01552-AJB-MSB

DECLARATION OF THOMAS A. HOLM IN SUPPORT OF MOTION FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

stones were also found in that area, indicating ancient human habitation. The cremated bone indicated ancient religious practices occurred here.

14. Mr. Williams' and his colleagues' claims that cultural materials found at the Border Wall were "PVC piping" was incorrect. Similarly, their claims that there is no evidence of past Kumeyaay habitation near the Wall construction are wrong. Both the identification of cremated human remains in this area by a noted forensic anthropologist and over 12,000 years of Kumeyaay occupation in this area nullifies such false claims.

Dated: August 6, 2020

_____
Thomas Holm

6       CASE NO.: 3:20-cv-01552-AJB-MSB

DECLARATION OF THOMAS A. HOLM IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION