Michelle LaPena (SBN 201018)
Robert A. Rosette (SBN 224437)
Simon W. Gertler (SBN 326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
borderwalllitigation@rosettelaw.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUEÑO MISSION INDIANS OF THE LA POSTA RESERVATION ON BEHALF OF ITSELF AND ON BEHALF OF ITS MEMBERS AS *PARENS PATRIAE,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, IN HIS OFFICIAL CAPACITY; MARK T. ESPER, U.S. SECRETARY OF DEFENSE, IN HIS OFFICIAL CAPACITY; CHAD F. WOLF, ACTING U.S. SECRETARY OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; AND LIEUTENANT GENERAL TODD T. SEMONITE, COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Case No.: 3:20-cv-01552-AJB-MSB<br><br>**CERTIFICATE OF SERVICE**<br><br>**Hearing on Application for Temporary Restraining Order**<br>**Date:  August 27, 2020**<br>**Time:  2:00 p.m.**<br>**Location:  Courtroom 4A (4th Floor)**<br>**Judge: Anthony J. Battaglia**<br><br>**Motion for Preliminary Injunction Hearing**<br>**Date:  September 17, 2020**<br>**Time:  2:00 p.m.**<br>**Location:  Courtroom 4A (4th Floor)** |

## CERTIFICATE OF SERVICE

On August 14, 2020, I served via electronic service copies of the following documents described as: **NOTICE OF WITHDRAWAL OF EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; EX PARTE APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS OF AUTHORITIES; DECLARATIONS OF MICHELLE LAPENA, GWENDOLYN PARADA, CYNTHIA PARADA, STEPHEN ROCHESTER, JAVIER MERCADO, AND THOMAS HOLM IN SUPPORT; PROPOSED TEMPORARY RESTRAINING ORDER; AND PROPOSED PRELIMINARY INJUNCTION; AMENDED ORDER SETTING DEADLINES FOR EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER; AND ORDER ON NOTICE OF DOCUMENT DISCREPEANCIES** on the defendants as follows:

Andrew.Warden@usdoj.gov

katherine.parker@usdoj.gov

_____

Leigh Wink