ETHAN P. DAVIS
Acting Assistant Attorney General
ROBERT S. BREWER, JR.
United States Attorney
DAVID M. MORRELL
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01552-AJB-MSB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

To the clerk of court and all parties of record:

Please take notice of the appearance of the following counsel on behalf of Defendants, Donald J. Trump, President of the United States, Mark T. Esper, Secretary of Defense, Chad F. Wolf, Acting Secretary of Homeland Security, and Lt. Gen. Todd T. Semonite, Commanding General of the Army Corps of Engineers, in their official capacities:

>ANDREW I. WARDEN
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, N.W.
>Washington, DC 20530
>Tel:  (202) 616-5084
>Fax: (202) 616-8470
>Andrew.Warden@usdoj.gov

Dated: August 21, 2020                    Respectfully submitted,

>/s/ *Andrew I. Warden*
>ANDREW I. WARDEN
>Indiana Bar No. 23840-49
>
>*Counsel for Defendants*