Michelle LaPena (SBN 201018)
Robert A. Rosette (SBN 224437)
Simon W. Gertler (SBN 326613)
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
borderwalllitigation@rosettelaw.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| TRIAL JUDGE: | COURT REPORTER: |
|---|---|
| ANTHONY J. BATTAGLIA | AMANDA LEGORE |

| | |
|---|---|
| LA POSTA BAND OF DIEGUEÑO MISSION INDIANS OF THE LA POSTA RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>Defendants. | Case No.: 3:20-cv-01552-AJB-MSB<br><br>**NOTICE OF APPEAL: PRELIMINARY INJUNCTION APPEAL** |

Notice is hereby given that Plaintiff La Posta Band of Diegueño Mission Indians of the La Posta Reservation ("La Posta") appeals to the United States Court of Appeals for the Ninth Circuit from the order denying La Posta's motion for preliminary injunction issued during the hearing on August 27, 2020. Judge Battaglia indicated that a written opinion would follow his order from the bench "within a few days," but none has issued. La Posta cannot wait for a written order while it continues to suffer irreparable injury.

1  Transcripts required: Yes

2  Date civil complaint filed: August 11, 2020.

3  Dated:   September 8, 2020          /s/ *Michelle LaPena*
4                                       Michelle LaPena (SBN 201018)
                                        Rosette, LLP
5                                       1415 L. St., Ste. 450
6                                       Sacramento, CA 95814

7                                       *Counsel for Plaintiff*