| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 16 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION, On behalf of itself and on behalf of its members as parens patriae,

      Plaintiff-Appellant,

 v.

DONALD J. TRUMP, President of the United States, in his official capacity; et al.,

      Defendants-Appellees.

No.   20-55941

D.C. No. 3:20-cv-01552-AJB-MSB Southern District of California, San Diego

ORDER

Before: O'SCANNLAIN and CHRISTEN, Circuit Judges.

Appellant's unopposed motion to expedite this appeal (Docket Entry No. 9) is granted. Appellant's opening brief is due September 17, 2020. Appellees' answering brief is due October 2, 2020. The optional reply brief is due October 4, 2020.

The Clerk shall schedule this case to be heard in December 2020. *See* 9th Cir. Gen. Order 3.3(g).

KWH19-/MOATT