1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-01552-AJB-MSB <br><br> **ORDER STAYING PROCEEDINGS PENDING RESOLUTION OF PLAINTIFFS' APPEAL** |

Upon consideration of the parties' joint motion to stay proceedings pending resolution of Plaintiffs' appeal, it is here by ORDERED:

1.  All proceedings in this case are stayed pending further order of the Court;

2.  The stay is entered without prejudice to either party moving to lift the stay;

3.  The parties must file a joint status report addressing further proceedings in this case 14 days after the United States Court of Appeals for the Ninth Circuit issues a decision in *La Posta Band of Diegueno Mission Indians of the La Posta Reservation v.*

...

4.    *Trump*, Case No. 20-55941 (9th Cir.), on Plaintiffs' appeal of this Court's denial of Plaintiffs' motion for a preliminary injunction.

IT IS SO ORDERED.

Dated:  September 30, 2020

Hon. Anthony J. Battaglia
United States District Judge