JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ROBERT S. BREWER, JR.
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN
KATHRYN C. DAVIS
Senior Trial Counsel
MICHAEL J. GERARDI
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01552-AJB-MSB<br><br>**JOINT STATUS REPORT AND PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS** |

In accordance with the Court's September 30, 2020 Order (ECF No. 31), the parties hereby submit a joint status report addressing further proceedings in this case.

Plaintiff filed a complaint for injunctive relief on August 11, 2020 (ECF No. 1) and subsequently filed motions for a temporary restraining order and preliminary injunction to enjoin Defendants from constructing barriers along the southern border of the United States in San Diego and Imperial Counties. *See* ECF Nos. 13, 14. The Court denied Plaintiff's motions orally from the bench on August 27, 2020, and then issued a written memorandum opinion on September 9, 2020. *See* ECF No. 26.

On September 8, 2020, Plaintiff appealed the Court's decision to the Ninth Circuit. *See* ECF No. 25. The parties thereafter jointly moved to stay further proceedings in this Court pending resolution of Plaintiff's appeal. *See* ECF No. 30. The Court granted that motion and directed the parties to submit a status report addressing further proceedings within 14 days of the Ninth Circuit's decision. *See* ECF No. 31

On November 4, 2020, the Ninth Circuit issued an unpublished memorandum affirming this Court's denial of Plaintiff's motion for preliminary injunction. *See La Posta Band of Diegueno Mission Indians of La Posta Reservation v. Trump*, No. 20-55941, 2020 WL 6482173 (9th Cir. Nov. 4, 2020).

The parties have recently conferred about further proceedings and Plaintiff intends to proceed with the litigation in this Court. Specifically, Plaintiff intends to file an amended complaint and a renewed motion for a temporary restraining order and preliminary injunction. Depending on further developments and negotiations between the parties, Plaintiff may choose to forgo the motion for temporary restraining order/preliminary injunction. The parties have agreed to the following schedule for briefing Plaintiff's motion and Defendants' motion to dismiss the amended complaint:

- November 24, 2020: Plaintiff's amended complaint;
- November 24, 2020: Plaintiff's motion for temporary restraining order/preliminary injunction (optional);
- December 4, 2020: Defendants' response to motion for temporary restraining order/preliminary injunction;

- December 9, 2020: Plaintiff's reply in support of motion for temporary restraining order/preliminary injunction;
- January 25, 2021: Defendants' motion to dismiss amended complaint;
- February 16, 2021: Plaintiff's opposition to motion to dismiss;
- February 26, 2021: Defendants' reply in support of motion to dismiss.

In the event the Plaintiff chooses not to move for a temporary restraining order/preliminary injunction, the parties intend to follow the above schedule as it relates to the amendment of and motion to dismiss the complaint. The parties also agree to stay discovery and case management obligations pending resolution of Defendants' motion to dismiss. This stay would apply, without limitation, to the attorney conference required pursuant to Federal Rule of Civil Procedure 26(f); the issuance of a scheduling order pursuant to Rule 16(b); initial disclosure obligations pursuant to Rule 26(a)(1); and all other written, documentary, and oral discovery. The parties reserve their respective rights to seek leave of Court to lift the stay of case management activity and discovery as appropriate.

Based on the foregoing, the parties respectfully request that that Court enter the parties' proposed order governing future proceedings in this case.

| | |
|---|---|
| Dated: November 18, 2020 | Respectfully submitted, |

s/ *Michelle LaPena*
Michelle LaPena
SBN 201018
Rosette, LLP
1415 L. St., Ste. 450
Sacramento, CA 95814

*Counsel for Plaintiff*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

s/ *Andrew I. Warden*
ANDREW I. WARDEN IN Bar No. 23840-49
KATHRYN C. DAVIS
MICHAEL J. GERARDI
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF JOINT SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization from Michelle LaPena to affix her signature to this document.

DATED:  November 18, 2020          s/ *Andrew I. Warden*
                                                          ANDREW I. WARDEN