JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ROBERT S. BREWER, JR.
United States Attorney
JOHN COGHLAN
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN
KATHRYN C. DAVIS
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01552-AJB-MSB<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF DEPARTMENT OF JUSTICE COUNSEL** |

Please take notice that the undersigned counsel, Kathryn C. Davis, is withdrawing her appearance on behalf of Defendants, due to an impending change of employment. Defendants remain represented by counsel from the U.S. Department of Justice, Andrew Warden, who should continue to receive all ECF notices in this matter.

DATE: December 3, 2020              Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ROBERT S. BREWER, JR.
United States Attorney

JOHN COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
Senior Trial Counsel
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-8298
Fax:  (202) 616-8470
Email: Kathryn.C.Davis@usdoj.gov

*Notice of Withdrawal of Appearance*                              3:20-cv-01552-AJB-MSB
*of Department of Justice Counsel*