|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>JOSEPH R. BIDEN JR., et al.,<br>　　　　　　　　　　Defendants. | Case No.: 3:20-cv-01552-AJB-MSB<br><br>**ORDER GRANTING JOINT REQUEST TO STAY AND VACATE MARCH 25, 2021 PRELIMINARY INJUNCTION HEARING**<br><br>**(Doc. No. 77)** |
|---|---|

　　　On March 5, 2021, the parties jointly filed a status report addressing further developments in this case. (Doc. No. 77.) After review of the parties' joint status report, the Court finds good cause to **GRANT** the parties' request to **VACATE** the March 25, 2021 hearing on Plaintiffs' preliminary injunction motion. Furthermore, pursuant to this Court's inherent powers to control the disposition of its cases in the interests of efficiency, the Court **GRANTS** the parties' joint request to stay the matter pending completion of the ongoing review of the legality of the border wall as ordered by President Joseph Biden in his recent Proclamation pausing border wall funding and construction. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

　　　Thus, the Court hereby **ORDERS**: (1) the March 25, 2021 preliminary injunction hearing **VACATED**, (2) the matter **STAYED** pending completion of the review process,

and (3) the parties to file a joint status report no later than **April 23, 2021**, apprising the Court as to any material developments.

**IT IS SO ORDERED.**

Dated: March 9, 2021

Hon. Anthony J. Battaglia
United States District Judge