BRIAN M. BOYNTON
Acting Assistant Attorney General
RANDY GROSSMAN
Acting United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN JR., *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01552-AJB-MSB<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's Order of March 9, 2021 (ECF No. 78), Plaintiffs and Defendants submit the following joint status report addressing further proceedings in this case.

The parties' most recent status report (ECF No. 77) explained that the parties agreed to stay further proceedings in these cases in light of the President's Proclamation of January 20, 2021. *See* Proclamation No. 10142, 86 Fed. Reg. 7225; *see also* Order (ECF No. 78) (granting stay). The Proclamation, *inter alia*, terminated the declaration of a national emergency at the southern border, paused construction and obligation of funds for border wall projects to the extent permitted by law, and directed various Executive Branch agencies to develop a plan "for the redirection of funds concerning the southern border wall, as appropriate and consistent with applicable law." *Id.* at 7225–26. The Proclamation stated that the plan must "include consideration of terminating or repurposing contracts with private contractors engaged in wall construction, while providing for the expenditure of any funds that the Congress expressly appropriated for wall construction, consistent with their appropriated purpose." *Id.* at 7226.

Although the Proclamation directed that the plan be completed within 60 days of January 20, 2021, the Executive Branch is continuing to work on developing the plan and no final decisions have been made to resume, modify, or terminate the border wall projects undertaken pursuant to 10 U.S.C. § 284 at issue in this case. While the plan remains in development, the pause on construction and obligation of funds for these projects, as set forth in the Proclamation, will remain in effect. In light of the ongoing Executive Branch review, the parties agree that proceedings in this case should remain stayed to allow Defendants to continue to develop the plan called for by the Proclamation.

Further, the parties are jointly engaged in negotiations in an effort to seek a mutually satisfactory resolution of this case. To that end, Defendants have provided Plaintiffs with various assurances regarding the status of the border wall projects

during the pause, including arranging for Plaintiffs to inspect the project sites and agreeing to provide notice in the event construction activities were to resume.

The parties agree to submit a joint status report on or before May 28, 2021, addressing further proceedings in this case.

Dated: April 23, 2021  Respectfully submitted,

/s/ *Michelle LaPena*
Michelle LaPena
SBN 201018
Rosette, LLP
1415 L. St., Ste. 450
Sacramento, CA 95814

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

RANDY GROSSMAN
Acting United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN IN Bar No. 23840-49
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF JOINT SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization from Michelle LaPena to affix her signature to this document.

DATED: April 23, 2021                s/ *Andrew I. Warden*
                                     ANDREW I. WARDEN