BRIAN M. BOYNTON
Acting Assistant Attorney General
RANDY GROSSMAN
Acting United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN JR., *et al.*, <br><br> Defendants. | Case No. 3:20-cv-01552-AJB-MSB <br><br> **NOTICE OF DECISION BY THE DEPARTMENT OF DEFENSE TO CANCEL BORDER WALL PROJECTS UNDERTAKEN PURSUANT TO 10 U.S.C. § 284** |

1    Defendants hereby provide notice that the Department of Defense has decided

2    to cancel all border wall projects undertaken pursuant to 10 U.S.C. § 284.

3    In fiscal years 2019 and 2020, the Department of Defense authorized 38 border

4    wall projects and segments pursuant to 10 U.S.C. § 284(b)(7) based on multiple

5    requests for assistance from the Department of Homeland Security.  In furtherance of

6    the Proclamation issued by the President on January 20, 2021, *see* Proclamation

7    10142, 86 Fed. Reg. 7225, the Deputy Secretary of Defense has directed the Acting

8    Secretary of the Army to take immediate action to cancel all § 284 projects, including

9    the two § 284 projects at issue in this case.  *See* Action Memo re: Department of

10   Defense Actions Implementing Presidential Proclamation 10142 & Tab A (April 30,

11   2021) (attached as Exhibit 1).  The Department of the Army is authorized to use funds

12   transferred for the § 284 projects to pay contract termination costs, including

13   suspension and demobilization costs.  *See* Action Memo, Tab A.  The Department of

14   the Army also may use transferred funds for activities necessary to make permanent

15   any urgent measures that were needed to avert immediate physical dangers during the

16   pause directed by § 1(b) of Proclamation 10142.  *Id.*

17   The funds transferred for the § 284 projects were available for obligation only

18   during the fiscal year in which they were transferred, and thus have expired.  *See*

19   Action Memo at 2; Department of Defense Appropriations Act, 2019, Pub. L. No.

20   115-245, 132 Stat. 2982, § 8003 ("No part of any appropriation contained in this Act

21   shall remain available for obligation beyond the current fiscal year, unless expressly

22   so provided herein."); Department of Defense Appropriations Act, 2020, Pub. L. No.

23   116-93, 133 Stat. 2317, § 8003 (same).  Any unexpended expired funds will remain in

24   the Operation and Maintenance, Army, account, and are available to liquidate

25   obligations properly chargeable to the fiscal year during which the funds were

26   available for obligation (e.g., contract termination costs).  *See* Action Memo at 2; 31

27   U.S.C. § 1553(a).  After five years, the account will be closed and any remaining

28   balance in the account will be cancelled.  *See* Action Memo at 2; 31 U.S.C. § 1552(a).

1    The Deputy Secretary of Defense also issued a memorandum to the Secretary of

2 Homeland Security stating that the Department of Homeland Security will accept

3 custody of border barrier infrastructure constructed pursuant to § 284, account for

4 such infrastructure in its real property records, and operate and maintain the

5 infrastructure.  *See* Action Memo, Tab B.

6    The review process called for in Proclamation 10142 otherwise remains

7 ongoing and the relevant federal agencies are continuing to coordinate on developing

8 the plan required by section 2 of the Proclamation.  Defendants will notify the Court

9 and parties when that process is complete.

10

11  Dated:  April 30, 2021                    Respectfully submitted,

12
                                            BRIAN M. BOYNTON
13                                          Acting Assistant Attorney General

14
                                            RANDY GROSSMAN
15                                          Acting United States Attorney

16
                                            ALEXANDER K. HAAS
17                                          Director, Federal Programs Branch

18
                                            ANTHONY J. COPPOLINO
19                                          Deputy Director, Federal Programs Branch

20
                                            /s/ *Andrew I. Warden*
21                                          ANDREW I. WARDEN (IN Bar No. 23840-49)
22                                          United States Department of Justice
                                            Civil Division, Federal Programs Branch
23                                          1100 L Street, N.W.
24                                          Washington, DC 20005
                                            Tel: (202) 616-5084
25                                          Fax: (202) 616-8470
26                                          Email: Andrew.Warden@usdoj.gov

27                                          *Counsel for Defendants*

28