BRIAN M. BOYNTON
Acting Assistant Attorney General
RANDY GROSSMAN
Acting United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-5084
Fax:  (202) 616-8470

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN JR., *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01552-AJB-MSB<br><br>**JOINT STATUS REPORT** |

In accordance with the representation in the Joint Status Report filed on May 27, 2021 (ECF No. 81), Plaintiff and Defendants submit the following joint status report addressing further proceedings in this case.

On June 11, 2021, Defendants notified the Court and Plaintiff that the Department of Defense ("DoD") and Department of Homeland Security ("DHS") completed their plans for the redirection of funds concerning the southern border wall, as directed by Section 2 of Proclamation No. 10142, 86 Fed. Reg. 7225, 7226 (Jan. 20, 2021).  *See* ECF No. 110.  Those plans make clear that DoD has canceled all border wall projects undertaken pursuant to 10 U.S.C. § 284, including the two projects at issue in this case, and DHS will not undertake any new barrier construction on the former § 284 projects.  *See id.*  The DHS plan also states that it will fund remediation work at the former § 284 projects sites that are turned over to DHS with its Fiscal Year 2021 border wall appropriation.  *See id.*, Ex. 3 at 4-5.

Since the termination of the DoD projects, DHS has been working to implement the remediation component of its plan, including assessing the status and condition of the project sites to determine the scope and extent of remediation work.  Defendants recently provided updated information to Plaintiff about DHS's remediation efforts, including anticipated timelines and priorities, and DoD's process to close out the § 284 project sites as part of demobilizing the current contractors.  *See* Exhibit 1 (email from Andrew Warden dated July 19, 2021).

The parties remain engaged in good faith settlement discussions with respect to all issues in this case and are currently working to reach consensus on procedures to remove certain construction equipment near cultural resources in the El Centro A project area.

The parties therefore respectfully request that this Court continue the stay of proceedings to facilitate these ongoing discussions.

| | | |
|---|---|---|
| 1 | Dated: July 28, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | /s/ *Michelle LaPena* | BRIAN M. BOYNTON |
| 5 | Michelle LaPena<br>SBN 201018 | Acting Assistant Attorney General |
| 6 | Rosette, LLP | RANDY GROSSMAN |
| 7 | 1415 L. St., Ste. 450<br>Sacramento, CA 95814 | Acting United States Attorney |
| 8 | | ALEXANDER K. HAAS |
| 9 | *Counsel for Plaintiff* | Director, Federal Programs Branch |
| 10 | | ANTHONY J. COPPOLINO |
| 11 | | Deputy Director, Federal Programs Branch |
| 12 | | /s/ *Andrew I. Warden* |
| 13 | | ANDREW I. WARDEN IN Bar No. 23840-49<br>United States Department of Justice |
| 14 | | Civil Division, Federal Programs Branch |
| 15 | | 1100 L Street, N.W.<br>Washington, DC 20005 |
| 16 | | Tel: (202) 616-5084 |
| 17 | | Fax: (202) 616-8470<br>Email: Andrew.Warden@usdoj.gov |
| 18 | | |
| 19 | | *Counsel for Defendants* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## CERTIFICATE OF JOINT SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization from Michelle LaPena to affix her signature to this document.

DATED:  July 28, 2021        /s/ *Andrew I. Warden*
                                          ANDREW I. WARDEN