BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General
RANDY GROSSMAN
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-5084
Fax:  (202) 616-8470
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN JR., *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01552-AJB-MSB<br><br>**JOINT STATUS REPORT** |

In accordance with the parties' representation in the joint status report filed on April 18, 2022 (ECF No. 87), Plaintiff and Defendants submit the following joint status report updating the Court on proceedings in this case.

The parties remain in active settlement discussions and request that the stay of this case continue for another 60 days. The parties continue to believe that a settlement is the preferable outcome and a settlement is possible. The parties are moving forward in their settlement discussions and have exchanged a proposed settlement agreement. The parties remain optimistic that these good-faith discussions will lead to a settlement that resolves this matter. Additionally, the parties are continuing to make progress on reaching a resolution concerning the treatment of certain features discovered in the Davies Valley during construction activity in 2020 that is the subject of litigation in this case.

Accordingly, the parties request that the Court continue the stay of this case for an additional 60 days to allow for settlement discussions to continue. The parties propose to file a joint status report on August 15, 2022.

| | | |
|---|---|---|
| 1 | Dated: June 15, 2022 | Respectfully submitted, |
| 4 | /s/ Michelle LaPena | BRIAN M. BOYNTON |
|   | Michelle LaPena | Principal Deputy Assistant Attorney General |
|   | SBN 201018 | |
|   | Rosette, LLP | RANDY GROSSMAN |
|   | 1415 L. St., Ste. 450 | United States Attorney |
|   | Sacramento, CA 95814 | |
|   |   | ALEXANDER K. HAAS |
|   | *Counsel for Plaintiff* | Director, Federal Programs Branch |
|   |   | ANTHONY J. COPPOLINO |
|   |   | Deputy Director, Federal Programs Branch |
|   |   | /s/ Andrew I. Warden |
|   |   | ANDREW I. WARDEN IN Bar No. 23840-49 |
|   |   | United States Department of Justice |
|   |   | Civil Division, Federal Programs Branch |
|   |   | 1100 L Street, N.W. |
|   |   | Washington, DC 20005 |
|   |   | Tel: (202) 616-5084 |
|   |   | Fax: (202) 616-8470 |
|   |   | Email: Andrew.Warden@usdoj.gov |
|   |   | *Counsel for Defendants* |

## CERTIFICATE OF JOINT SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Michelle LaPena to affix her signature to this document.

DATED: June 15, 2022           /s/ *Andrew I. Warden*
                               ANDREW I. WARDEN