BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
RANDY GROSSMAN
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
ANDREW I. WARDEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-5084
Fax:  (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN JR., *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01552-AJB-MSB<br><br>**JOINT STATUS REPORT** |

In accordance with the parties' representation in the joint status report filed on February 14, 2023 (ECF No. 92), Plaintiff and Defendants submit the following joint status report updating the Court on proceedings in this case.

The parties are nearing the conclusion of their efforts to reach a negotiated resolution of this case. Defendants are currently in the process of obtaining the necessary Executive Branch approvals for a settlement of this case. Based on the progress the parties have made in their discussions, the parties remain optimistic that this matter will be resolved through settlement without further litigation.

Accordingly, the parties request that the Court continue the stay of this case for an additional 30 days to allow for the parties to finalize a settlement of this case. The parties propose to file a joint status report on May 15, 2023.

| | | |
|---|---|---|
| 1 | Dated: April 14, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | /s/ Daniel M. Ray | BRIAN M. BOYNTON |
| 5 | Daniel M. Ray (SBN 335355)<br>Rosette, LLP | Principal Deputy Assistant Attorney General |
| 6 | 1415 L Street, Suite 450 | RANDY GROSSMAN |
| 7 | Sacramento, CA 95814<br>Telephone: (916) 353-1084 | United States Attorney |
| 8 | Facsimile: (916) 353-1085 | ALEXANDER K. HAAS |
| 9 | dray@rosettelaw.com | Director, Federal Programs Branch |
| 10 | *Counsel for Plaintiff* | ANTHONY J. COPPOLINO |
| 11 | | Deputy Director, Federal Programs Branch |
| 12 | | /s/ Andrew I. Warden |
| 13 | | ANDREW I. WARDEN IN Bar No. 23840-49<br>United States Department of Justice |
| 14 | | Civil Division, Federal Programs Branch |
| 15 | | 1100 L Street, N.W.<br>Washington, DC 20005 |
| 16 | | Tel: (202) 616-5084 |
| 17 | | Fax: (202) 616-8470<br>Email: Andrew.Warden@usdoj.gov |
| 18 | | |
| 19 | | *Counsel for Defendants* |

## CERTIFICATE OF JOINT SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Daniel M. Ray to affix his signature to this document.

DATED: April 14, 2023     /s/ *Andrew I. Warden*
                                          ANDREW I. WARDEN