Daniel Ray
CA SBN 335355
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (602) 885-5259
Email: dray@rosettelaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN JR., *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01552-AJB-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    The parties have executed a settlement agreement that resolves this case. In accordance with that agreement, Plaintiff hereby notices dismissal of this action, in its entirety, with prejudice pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure.

Dated: September 11, 2023

Respectfully submitted,

s/    Daniel Ray
Daniel Ray
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (602) 885-5259
Email: dray@rosettelaw.com
*Counsel for Plaintiff*

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States, am over the age of eighteen years, and am not a party to the within-titled action. My business address is Rosette LLP, 1415 L Street Suite 450, Sacramento, CA 95814.

On the date indicated below, I electronically filed the following:

- **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

with the United States District Court for the Southern District of California, by using the Court's CM/ECF system.

Upon the filing of the foregoing document with the Clerk of the Court using the CM/ECF system, a notification of such filing (NEF) will be transmitted to counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

Dated: September 11, 2023

Respectfully submitted,

s/      Daniel Ray
Daniel Ray
ROSETTE, LLP
1415 L Street, Suite 450
Sacramento, CA 95814
Telephone: (602) 885-5259
Email: dray@rosettelaw.com
*Counsel for Plaintiff*